1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA TAQWELA-WHEELER LOPEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendant. | Case No. CV 12-1598 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: August 9, 2012

                              /s/
                    _____
                    Honorable Jacqueline Chooljian
                    UNITED STATES MAGISTRATE JUDGE