UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA TAQWELA-WHEELER LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 12-1598 JC<br><br>JUDGMENT |

   IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: August 9, 2012

　　　　　　　　　　　　　　　／s／
　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1